# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Sarah Elizabeth Collins **,** | **)** | JUDGMENT IN CASE |
| | **)** | |
| Plaintiff(s), | **)** | 5:25-cv-00016-MOC |
| | **)** | |
| vs. | **)** | |
| | **)** | |
| Commissioner of Social Security **,** | **)** | |
| Defendant(s). | **)** | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 22, 2025 Order.

July 22, 2025

Katherine Hord Simon, Clerk
United States District Court